UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JARED D. LOZANO, Warden,<br><br>　　　　　Respondent. | No. SACV 19-0013-DDP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the First Amended Petition for Writ of Habeas Corpus and the Amended Report and Recommendation. No objections to the Amended Report have been filed despite Petitioner being granted an extension of time to do so. The court considered the evidence attached to Petitioner's most recent motion. (Dkt. No. 47.)

　　　　IT IS ORDERED as follows:

　　　　(1) Petitioner's motions for leave to amend the FAP are denied (Dkt. Nos. 31, 37, 43); and

　　　　(2) Petitioner's motion for reconsideration, motion for relief under Fed. R. Civ. P. 60(b)(6), and request for court order directing his release and resentencing is denied (Dkt. Nos. 30, 40, 42, 44, 47).

IT IS FURTHER ORDERED that judgment be entered denying the FAP on the merits with prejudice.

DATED: July 3, 2023

_____
DEAN D. PREGERSON
United States District Judge