UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>JARED D. LOZANO, Warden,<br><br>    Respondent. | NO. SACV 19-0013-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition For Writ of Habeas Corpus in this matter is denied on the merits and dismissed with prejudice.

DATED: July 3, 2023

_____
DEAN D. PREGERSON
United States District Judge